**Ronnie T. SHELTON, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee,**

and

**Alberto R. Gonzales; John L. Brownlee, Defendants.**

No. 06–1817.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2007.

Decided: March 26, 2007.

Robert P. Dwoskin, Charlottesville, Virginia, for Appellant. Donna L. Calvert, Regional Chief Counsel, Shawn McGruder, Supervisory Regional Counsel, Joyce M.J. Gordon, Assistant Regional Counsel, Philadelphia, Pennsylvania; John L. Brownlee, United States Attorney, Sara Bugbee Winn, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie T. Shelton appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction based on the doctrine of res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Shelton v. Barnhart,* No. 5:05–cv–00060–gec, 2006 WL 1400379 (W.D.Va. May 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*